UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

MELVIN CHRISTOPHER ADKINS,

        Plaintiff,               Case No. 1:22-cv-276

v.                                        Honorable Phillip J. Green

P. SETZER, et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  July 13, 2022                    /s/ Phillip J. Green
                                                                  Phillip J. Green
                                                                  United States Magistrate Judge